OSCN Found Document:RE: REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 RE: REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2014 OK 32
Decided: 04/21/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 32, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 



RE: REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND 
REPORTERS
O R D E R
On February 25, 2013, this Court suspended the certificates of several 
certified shorthand reporters for failure to timely pay the 2014 annual renewal 
fee and/or to timely report the 2013 continuing education. See 2014 OK 9 (SCAD 2014-9). Since that 
time, a number of reporters have complied with those requirements and were 
reinstated automatically upon payment of the delinquent payment fee and/or the 
continuing education suspension fee. 
The State Board of Examiners of Certified Shorthand Reporters (Board) advises 
that the following certified shorthand reporters continue to be delinquent in 
the payment of 2014 annual renewal fees: 
Lainey Fergeson, CSR # 1934 Marc Nichols, CSR # 1945
Shanna M. McKay, 
CSR # 1958
Ashleigh M. Cawthon, CSR # 1965
In addition, the Board advises that the following certified shorthand 
reporters continue to be delinquent in reporting the continuing education for 
calendar year 2013:
Kelly Jean Bryant, CSR # 1476 Lainey Ferguson, CSR # 1934
Marc 
Nichols, CSR # 1945
Shanna M. McKay, CSR # 1958
Ashleigh M. Cawthon, CSR # 
1965
Accordingly, the State Board of Examiners of Certified Shorthand Reporters 
recommends the certificates of the above-named certified shorthand reporters be 
revoked pursuant to Rules 20 and 23 of the Rules of the State Board of Examiners 
of Certified Shorthand Reporters. Okla. Stat. tit. 20, ch. 20, app.1 (2011).
IT IS THEREFORE ORDERED that the certificates authorizing the above-named 
shorthand reporters to engage in shorthand reporting in this state shall be and 
hereby are revoked.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 21st day of April, 
2014.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 Oklahoma Supreme Court Cases Cite
Name
Level 2014 OK 9, IN RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
Cited